[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 25, 2007
THOMAS K. KAHN
CLERK

No. 07-11333
Non-Argument Calendar

_____

D. C. Docket No. 05-01788-CV-2-RDP

SANDRA HENRY,

Plaintiff-Appellant,

versus

JEFFERSON COUNTY PERSONNEL BOARD,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(October 25, 2007)**

Before BIRCH, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Sandra Henry appeals the district court's grant of summary judgment to the Jefferson County Personnel Board (Board) in her action filed under the Age Discrimination in Employment Act. Henry asserts the district court erred in holding that: (1) the Board could not be liable for the alleged discriminatory actions that took place while a court-appointed receiver was in place to oversee the Board's operations; (2) the Board had "vicarious immunity" for the receiver's actions because the receiver was entitled to judicial immunity; and (3) she had not presented sufficient evidence of age discrimination to survive summary judgment. After review, we affirm for the reasons stated in the district court's thorough and well-reasoned Memorandum Opinion of February 23, 2007.

**AFFIRMED.**